1  Timothy J. Halloran - 104498
       THalloran@mpbf.com
2  Arthur J. Harris - 246986
       AHarris@mpbf.com
3  Whitney M. Carlson - 308024
       WCarlson@mpbf.com
4  MURPHY, PEARSON, BRADLEY & FEENEY
   88 Kearny Street, 10th Floor
5  San Francisco, CA 94108-5530
   Telephone: (415) 788-1900
6  Facsimile: (415) 393-8087

7  Attorneys for Defendant
   TRACEY WAPNICK

8

9                  **UNITED STATES DISTRICT COURT**

10              **NORTHERN DISTRICT OF CALIFORNIA**
                        **OAKLAND DIVISION**

11

12

   Christopher Hadsell,                        Case No.: CV1800293KAW
13
                      Plaintiff,               **STIPULATION EXTENDING TIME**
14                                             **TO RESPOND TO INITIAL**
               v.                              **COMPLAINT; [PROPOSED] ORDER**
15
   Barry Baskin, in his individual capacity;
16 Christopher Bowen, in his individual capacity;   Complaint Filed:    January 12, 2018
   Kimberly Campbell, in her individual capacity; Tani   Current Response Date:
17 Cantil-Sakauye, in her individual capacity and             March 22, 2018
   official capacity as Chief Justice of the Supreme   Proposed New Response Date:
18 Court of California; Contra Costa County                   April 20, 2018
   Department of Child Support Services; Garrett   Judge:      Hon. Kandis A. Westmore
19 Dailey, in his individual capacity; Barbara Hinton,
   in her individual capacity; Garry Ichikawa, in his
20 individual capacity; Catherine Isham (fka Porter,
   Howard, and Hadsell); Barbara Jones, in her
21 individual capacity; Mary Lindelof, in her
   individual capacity; Terri Mockler, in her individual
22 capacity; Kathleen Murphy, in her individual
   capacity; Henry Needham, Jr., in his individual
23 capacity; Anita Santos, in her individual capacity;
   Melinda Self, in her individual capacity; Mark
24 Simons, in his individual capacity; G. Boyd Tarin,
   in his individual capacity; Charles Treat, in his
25 individual capacity; Tracey Wapnick, in her
   individual capacity; Edward Weil, in his individual
26 capacity; and William Whiting, in his individual
   capacity
27
                      Defendants.
28

                              - 1 -

1   Pursuant to Civil Local Rules 6-2 and 7-12, Defendant Tracey Wapnick ("Wapnick") and

2   Plaintiff Christopher Hadsell ("Hadsell"), by and through their respective counsel of record, hereby

3   stipulate as follows:

4       WHEREAS, on January 12, 2018, Hadsell filed his Complaint, naming Wapnick and others as

5   defendants (*see* Dkt. No. 1);

6       WHEREAS, Wapnick's counsel—Murphy, Pearson, Bradley & Feeney—was retained on or

7   about March 9, 2018 to defend Wapnick in this matter;

8       WHEREAS, Wapnick's counsel, having only recently been retained, requires an opportunity to

9   review the underlying case file and determine the appropriate responsive pleading in this matter;

10      WHEREAS, Wapnick has requested, and Hadsell has consented to the request, that Wapnick file

11  her answer or response to Hadsell's Complaint on or before April 20, 2018;

12      WHEREAS, no prior extensions of time have been requested or granted; and

13      WHEREAS, the requested extension of time to respond to the Complaint would require a

14  modification of the case schedule by delaying the last day: (1) to meet and confer over ADR process

15  selection and initial disclosures; (2) to serve the initial disclosures; and (3) to file the Rule 26(f) Report

16  and Case Management Conference Statement as Wapnick's answer or response would be due after the

17  initial Case Management Conference is set to occur;

18

19  ///

20  ///

21  ///

22

23

24

25

26

27

28

STIPULATION EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT;
[PROPOSED] ORDER

CASE NO.
CV1800293KAW

1    NOW, THEREFORE, IT IS HEREBY STIPUALTED by and between the parties, through their

2    respective counsel, that Wapnick shall answer or otherwise respond to Hadsell's Complaint on or before

3    April 20, 2018.

4    **SO STIPULATED.**

5    Dated: _____3/20/2018_____

6                                         MURPHY, PEARSON, BRADLEY & FEENEY

7                                         /s/ Whitney M. Carlson
                                    By _____
8                                        Whitney M. Carlson
                                       Attorneys for Defendant
9                                        TRACEY WAPNICK

10

11   Dated:  3/19/18_____

12                                    By _____
                                       Christopher Hadsell
13                                       Plaintiff in Propria Persona

14

15

16                              **[PROPOSED] ORDER**

17       PURSUANT TO STIPULATION, IT IS SO ORDERED.  Wapnick is to answer or otherwise

18   respond to Hadsell's Complaint on or before April 20, 2018.

19

20   Dated:  3/21/18_____

21                                       Hon. Kandis A. Westmore
                                       United States Magistrate Judge
22

23

24

25

26

27

28

- 3 -