UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HADSELL,<br><br>    Plaintiff,<br><br>    v.<br><br>BARRY BASKIN, et al.,<br><br>    Defendants. | Case No. 4:18-cv-00293-KAW<br><br>**ORDER VACATING JUNE 7, 2018 HEARINGS ON MOTIONS TO DISMISS AND MOTIONS FOR COSTS**<br><br>Re: Dkt. No. 78 |

On May 24, 2018, Plaintiff Christopher Hadsell filed a motion to continue the hearings on the motions to dismiss and the motions for costs to August 16, 2018. (Dkt. No. 78.) On May 25, 2018, counsel for the Judicial Defendants indicated that, while she did not oppose a continuance, she was unavailable on August 16. (Dkt. No. 80.) On May 29, 2018, Plaintiff filed a reply in which he stated that he had not intended to create a scheduling conflict for defense counsel, and that he had already emailed the parties in an attempt to find an alternate hearing date in September that worked for everyone. (Dkt. No. 81.)

While the undersigned appreciates that the parties are meeting and conferring in good faith to identify a hearing date that all can attend, the undersigned finds that these matters are suitable for resolution without oral argument pursuant to Civil Local Rule 7-1(b), and VACATES the hearings on the six motions to dismiss and Plaintiff's two motions for costs. Thus, the matters are deemed under submission, and the Court will issue written orders on the merits without a hearing or further argument from the parties.

IT IS SO ORDERED.

Dated: May 30, 2018

                                                     KANDIS A. WESTMORE
                                                   United States Magistrate Judge